Tamsen Leachman, OSB No. 044929
tleachman@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
Telephone:    503.221.0309
Fax No.:    503.242.2457

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| VASILE CHRISTIAN PASCU,<br><br>Plaintiff,<br><br>v.<br><br>GARDA CL NORTHWEST, INC.,<br><br>Defendant. | Case No. 3:16-cv-00429<br><br>(formerly Multnomah County Circuit Court Case No. 16CV02604)<br><br>DEFENDANT'S NOTICE OF REMOVAL |

**To: The Judges and the Clerk of the United States District Court for the District of Oregon**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Garda CL Northwest, Inc. ("Garda"), hereby removes this action to this Court from the Circuit Court of the State of Oregon for the County of Multnomah. The grounds for removal are as follows:

**STATE COURT ACTION**

1.    On January 28, 2016, Plaintiff, Vasile Christian Pascu, commenced a civil action in the Circuit Court of the State of Oregon for the County of Multnomah captioned *Vasile Christian Pascu v. Garda CL Northwest, Inc.*, Multnomah County Circuit Court Case No. 16CV02604 ("State Court Action") in which he alleges claims arising out of the termination of his employment with Garda. On February 8, 2016, a Summons, a copy of Plaintiff's Complaint,

DEFENDANT'S NOTICE OF REMOVAL
Page 1 of 3

and a copy of Plaintiff's First Request for Production of Documents to Defendant were served on Garda's registered agent.

2.  Plaintiff's Summons, Complaint, Affidavit of Service, and Request for Production of Documents are the only process, pleadings, and orders currently filed or served in the State Court Action, attached as Exhibit A hereto.

### JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

3.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because it is a civil action between citizens of different states and a citizen of a foreign state, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

### Complete Diversity of Citizenship

4.  There is complete diversity of citizenship between the parties:

a.  Plaintiff alleges that he is a resident of the State of Oregon.  (Compl. ¶ 1.) Accordingly, Plaintiff is a citizen of the State of Oregon.

b.  Defendant Garda is a Washington corporation with its principal place of business in Seattle, Washington.  (Compl. ¶ 2.)  Accordingly, Defendant Garda is a citizen of the State of Washington and is not a citizen of Oregon for purposes of federal jurisdiction.

### Amount in Controversy

5.  Plaintiff's Complaint seeks damages in the amount of $90,000.  (Compl. p.1.) Accordingly, the amount in controversy exceeds $75,000, exclusive of costs and interest.

### ACTION REMOVABLE

6.  This Court would have had original jurisdiction over Plaintiff's claims based on diversity jurisdiction had Plaintiff elected to file the action initially in federal court.  Because the Circuit Court of the State of Oregon for the County of Multnomah lies in the District of Oregon, this Court is the appropriate venue for removal pursuant to 28 U.S.C. §§ 117 and 1441(a).

8.  This Notice of Removal is timely filed within thirty days of Defendant's receipt of the Summons and Complaint as required by 28 U.S.C. § 1446(b).

9.  This Notice of Removal is being served on Plaintiff and a copy of this Notice of

DEFENDANT'S NOTICE OF REMOVAL
Page 2 of 3

Removal is being filed with the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah, as required by 28 U.S.C. § 1446(d).

10.    Defendant has good and sufficient defenses to this action and does not waive any defenses, jurisdictional or otherwise, by filing this Notice.

WHEREFORE, having fulfilled all statutory requirements, Defendant removes this action from the Circuit Court in and for Multnomah County, Oregon, to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

Dated:  March 9, 2016.

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Tamsen Leachman*

Tamsen Leachman, OSB No. 044929
tleachman@littler.com

Attorneys for Defendant

Firmwide:138933539.1 076783.1021

DEFENDANT'S NOTICE OF REMOVAL
Page 3 of 3

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR  97204
Tel: 503.221.0309